## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GUSTAVO HERNANDEZ, | Case No.: 3:22-cv-00182-LRH-CSD |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN REUBART, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 19), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 19) is granted. Petitioner will have up to and including December 27, 2022, to file his first amended petition.

DATED this 3rd day of September 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT