**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GUSTAVO HERNANDEZ, | Case No.: 3:22-cv-00182-LRH-CSD |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN REUBART, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 21), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for extension of time (second request) (ECF No. 21) is granted. Petitioner will have up to and including February 10, 2023, to file his first amended petition.

DATED this 4th day of January 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT