# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GUSTAVO HERNANDEZ,

Petitioner,

v.

WARDEN REUBART, et al.,

Respondents.

Case No.: 3:22-cv-00182-LRH-CSD

**ORDER**

Petitioner having filed an unopposed motion for extension of time (third request) (ECF No. 23), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for extension of time (third request) (ECF No. 23) is granted. Petitioner will have up to and including March 13, 2023, to file his first amended petition.

DATED this 13th day of February 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT