# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GUSTAVO HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN REUBART, et al.,<br><br>Respondents. | Case No.: 3:22-cv-00182-LRH-CSD<br><br>**ORDER** |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 32), and good cause appearing;

It is therefore ordered that Respondents' unopposed motion for extension of time (first request) (ECF No. 32) is granted. Respondents will have up to and including June 29, 2023, to file their response to the first amended petition.

DATED this 16th day of May 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT