# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GUSTAVO HERNANDEZ, | Case No.: 3:22-cv-00182-LRH-CSD |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN REUBART, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 55), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 55) is granted. Petitioner will have up to and including September 26, 2023, to file his opposition to the motion to dismiss.

DATED this 17th day of July 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT