# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GUSTAVO HERNANDEZ,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>WARDEN REUBART, et al.,<br><br>　　　　　　　Respondents. | Case No.: 3:22-cv-00182-LRH-CSD<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 57), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for extension of time (second request) (ECF No. 57) is granted. Petitioner will have up to and including October 26, 2023, to file his opposition to the motion to dismiss.

IT IS SO ORDERED.

DATED this 27th day of September 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT