# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GUSTAVO HERNANDEZ, | Case No. 3:22-cv-00182-LRH-CSD |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN REUBART, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 64), and good cause appearing;

It is therefore ordered that Respondents' unopposed motion for extension of time (first request) (ECF No. 64) is granted. Respondents will have up to and including December 18, 2023, to file their reply to the motion to dismiss.

IT IS SO ORDERED.

DATED this 3rd day of November, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT