# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GUSTAVO HERNANDEZ, | Case No.: 3:22-cv-00182-LRH-CSD |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN REUBART, et al., | |
| Respondents. | |

Respondents have filed a motion for extension of time to file their reply in support of their motion to dismiss. (ECF No. 66.) This is Respondents' second request for an extension of this deadline. The Court finds good cause exists to grant the extension, but given that the motion to dismiss is on the CJRA 6-month report for March 2024, this Court will review any future requests for an extension of this deadline unfavorably.

It is therefore ordered that Respondents' motion for extension of time (ECF No. 66) is granted. Respondents will have up to and including January 17, 2024, to file their reply to their motion to dismiss.

IT IS SO ORDERED.

DATED this 29th day of December 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT